# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Vicki Chester<br><br>*Plaintiff(s)*<br><br>v.<br><br>Pendleton Capital Management Inc. d/b/a Integrated Recovery Services Inc.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 2:18-cv-899<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Pendleton Capital Management Inc.
c/o: INCORP SERVIES, INC.
9435 WATERSTONE BLVD.
STE. 140
CINCINNATI OH 45249

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jonathan Hilton
HILTON PARKER LLC
10400 Blacklick-Eastern Rd NW, Ste. 110
Pickerington, OH 43147
Tel: (614) 992-2277, Email: jhilton@hiltonparker.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: ___08/20/2018___    *Signature of Clerk or Deputy Clerk*

Civil Action No. 2:18-cv-00899-EAS-CMV

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Pendleton Capital Management, Inc., c/o Incorp Services, Inc.
was received by me on *(date)* 8/20/18.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Nicole Wayman, Intake Service of Process Specialist, who is designated by law to accept service of process on behalf of *(name of organization)* Pendleton Capital Management Inc., c/o Incorp Serv. Inc., 9435 Waterstone Blvd., Ste. 240 on *(date)* 8/22/18 at 4:00 PM ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 0 for travel and $ 77 for services, for a total of $ 0.

I declare under penalty of perjury that this information is true.

Date: 8/22/18

*Server's signature*

Janice Cambizaca, Process Server
*Printed name and title*

Ammann Process Servers, LLC
407 Vine St., Ste. 201
Cincinnati, OH 45202
513-477-6212
*Server's address*

Additional information regarding attempted service, etc:
*Summons served with Complaint;
+ Physical Description of recipient: F/45/W/ 5'6"/ 130 LBS./ BLUE EYES/ BLONDE HAIR